IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**

DEC 3 0 2008

| | | |
|---|---|---|
| MICHAEL A. ROADENBAUGH, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 08-CV-2178-GM/GLR |
| CORRECT CARE SOLUTIONS, et al. | ) | |
| Defendants. | ) | |

## MOTION TO FILE A RESPONSE TO MOTION FOR SUMMARY JUDGMENT OUT OF TIME

COMES NOW, plaintiff Michael A. Roadenbaugh, pro se., and respectfully move in this Honorable Court to be granted a request by motion to file a response to defendant's motion for summary judgment out of time.

Plaintiff has absolutely no knowledge of the law or procedure. Plaintiff received a motion for summary judgment and was not aware of the strict time constraints regarding filing a response to such motion.

Plaintiff with due diligence have seeked to receive assistance regarding this matter and was able to get another inmate to assist him with this pleading.

Plaintiff, humbly request that this Court give due consideration to his request to file a response to defendant's motion for summary judgment out of time.

PLaintiff request that he be granted an additional twenty-one (21) days from the date of this motion in which to adequately file and prepare a response to defendant's motion for summary judgment.

- 2 -

Plaintiff believes that in the interest of justice and fundamental fairness, this request will not prejudice the defendants in anyway.

WHEREFORE, plaintiff humbly pray that this Honorable Court will grant him this motion/request to file a response to defendants' motion for summary judgment out of time.

Respectfully Submitted,

Michael A. Roadenbaugh

## CERTIFICATE OF SERVICE

I, Michael A. Raodenbaugh hereby certify that a true and correct copy of the foregoing pleading was placed in the U.S. mail, postage prepaid and addressed to:

Logan, Logan & Watson
M. Bradley Watson
8340 Mission Road, Ste. 106
Prairie Village, Kansas   66206

Jeffrey A. Bullins
7400 W. 110th Street, Ste. 600
Overland Park, Kansas   66210-2362

Libby K. Snider
Asst. Attorney General
120 S.W. 10th Avenue
Topeka, Kansas   66612-1597

On this __22nd__ day of __Dec__, 2008.